BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709
Facsimile: (916) 554-2900

FILED
AUG 17 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>2006 RED TOYOTA TACOMA X-RUNNER, LICENSE PLATE NUMBER 8X58581 WITH VEHICLE IDENTIFICATION NUMBER 5TETU22N66Z148720 REGISTERED TO ANGEL P. LOPEZ AT 3704 CENTINELLA DRIVE, NORTH HIGHLANDS, CA 95660 | CASE NO. 2:11-SW-00345-EFB<br><br>ORDER CONCERNING GOVERNMENT'S EX PARTE MOTION TO UNSEAL SEARCH WARRANT, APPLICATION FOR SEARCH WARRANT, AND ACCOMPANYING AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application for search warrant, and accompanying affidavits underlying the search warrant in the above-captioned proceeding be and are hereby UNSEALED.

Date: 8/17/11

CAROLYN K. DELANEY
United States Magistrate Judge

1    Order Concerning Government's Ex Parte Motion to Unseal
     Search Warrant, Application for Search Warrant, and
     Accompanying Affidavit [*In the Matter of the Search of: 2006
     Red Toyota Tacoma X-Runner, Lic. Plate # 8X58581,
     2:11-SW-345-EFB*]